**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff-Appellee,<br><br>v.<br><br>**GARY WHITE, AKA Big J-Killa, AKA Big Killa, AKA JC, AKA James Cail White, AKA JC White,**<br><br>Defendant-Appellant. | No.   16-50113<br><br>D.C. No.<br>2:10-cr-00923-SJO-1<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Central District of California
S. James Otero, District Judge, Presiding

Argued and Submitted August 8, 2017
Pasadena, California

Before:   **REINHARDT**, **KOZINSKI** and **CHRISTEN**, Circuit Judges.

**1.** "[T]he district court may not contradict an affirmative finding by the

jury." United States v. Pimentel-Lopez, 859 F.3d 1134, 1143 (9th Cir. 2016) (as

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

amended).  The district court here erred by sentencing White based on a higher drug weight than the jury found in its special verdict.  See id. at 1140.

**2.**  The district court also erred by relying on evidence outside the record without notifying White in advance.  See United States v. Warr, 530 F.3d 1152, 1162–63 (9th Cir. 2008).

**VACATED AND REMANDED**.